Lisa R. Petersen (7598)
Amy L. Herrington (18695)
COHNE KINGHORN, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone:  (801) 363-4300
Facsimile:  (801) 363-4378
Email:  lpetersen@ck.law
         aherrington@ck.law

*Attorneys for Plaintiff*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CELTIC BANK CORPORATION, a Utah corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD GAETANO, an individual, KAREN DOMINGO, an individual, MCKENZIE JOHNSON, an individual, and DOES 1-10.<br><br>*Defendants*. | **NOTICE OF STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Civil No. 2:24-CV-00146-HCN-CMR<br><br>Judge Howard C. Nielson<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(a)(II), Plaintiff and counterclaim defendant Celtic Bank Corporation ("Plaintiff"), jointly with defendants and counterclaimants Richard Gaetano and Karen Domingo (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to a voluntary dismissal of all the claims and counterclaims raised in the above-captioned proceeding with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated this 15th day of May, 2024

                              **COHNE KINGHORN, PC**

                              /s/ Lisa R. Petersen
                              Lisa R. Petersen
                              Amy L. Herrington
                              *Attorneys for Plaintiff*

                              **PARSONS BEHLE & LATIMER**

                              /s/ Timothy B. Smith (*with permission*) \
                              Timothy B. Smith
                              Benjamin D. Perkins
                              *Attorneys for Defendants Richard Gaetano and Karen Domingo*

4875-4070-5980, v. 1